UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

MARCO FIDEL CASTELLAR,

                Plaintiff,                          **ORDER**
                                                                       **04 CV 3402 (DGT)(LB)**

      -against-

MICHAEL CAPORALE, et. al.,

                Defendants.

-------------------------------------------------------X

**BLOOM, United States Magistrate Judge:**

      The Court held a status conference on September 21, 2010 and made the following rulings: plaintiff's motion to proceed pro se is denied as moot as he has retained a new attorney. Plaintiff's motion for a protective order is denied as the confidentiality order dated January 22, 2007 governs all medical documents exchanged in this matter. Defendants' request to re-depose plaintiff regarding any treatment he has received since his deposition is denied as unnecessary. Plaintiff shall provide a sworn statement to defendants' counsel listing the names and addresses of all medical or mental health professionals who have treated or examined plaintiff since the events alleged in his complaint by October 1, 2010. Plaintiff is hereby ordered to appear for his independent medical examination on October 13, 2010 and independent psychiatric examination on October 21, 2010. The parties shall exchange expert reports by December 1, 2010 and rebuttal expert reports, if any, by December 15, 2010. The parties shall file their joint pre-trial order by January 27, 2011. The Clerk of Court shall terminate Louis Zepetelli as a defendant in this matter.

SO ORDERED.

                                                                                   /S/
                                                       LOIS BLOOM
Dated: September 23, 2010                   United States Magistrate Judge
       Brooklyn, New York