UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

MARCO FIDEL CASTELLAR,

               Plaintiff,                                 **ORDER**
                                                               **04 CV 3402 (DGT)(LB)**

        -against-

MICHAEL CAPORALE, et. al.,

               Defendants.

-------------------------------------------------------X
**BLOOM, United States Magistrate Judge:**

       On September 23, 2010, the Court ordered plaintiff to provide a sworn statement to defendants' counsel listing the names and addresses of all medical or mental health professionals who have treated or examined plaintiff since the events alleged in his complaint by October 1, 2010. By letter dated October 13, 2010, defendants' counsel states that plaintiff has failed to comply with the Court's Order and that defendants' counsel has not received the sworn statements. The Court has previously and repeatedly warned plaintiff that if he fails to comply with the Court's Orders, I will recommend dismissal of his case with prejudice. Docket entry 81. Plaintiff's new counsel assured the Court that plaintiff would provide the information. I will give plaintiff one last chance to comply with the Court's September 23, 2010 Order. If plaintiff fails to provide the sworn statement regarding his medical and mental healthcare providers to defendants' counsel by October 22, 2010, I shall recommend that his case should be dismissed with prejudice.

SO ORDERED.

                                                                        /S/
                                                LOIS BLOOM

Dated: October 15, 2010                United States Magistrate Judge
       Brooklyn, New York